B 265
(8/96)

# United States Bankruptcy Court
## Southern District Of New York

In Re:

Runway Liquidation Holdings, LLC )
    Debtor )  Case No. 17-10466 (SCC)
)
Runway Liquidation, LLC and David )  Chapter 11
MacGreevey, in his capacity as Plan )
Administrator )
    Plaintiff )
    v. )  Adv. Proc. No. 17-1101 (SCC)
NYAM LLC )
    Defendant )

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on March 14, 2019 as it appears in the records of this court, and that:

- ☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.
- ☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                                                                   Date
- ☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
      Name of Court       Date
- X An appeal was taken from this judgment. The appeal is still on going at the District Court, but an Order Allowing Immediate Registration of Judgment in Another District was signed by Bankruptcy Judge on June 27, 2019.
                                        Date

Vito Genna
Clerk of the Bankruptcy Court

By: _____
      Deputy Clerk

June 28, 2019
Date