B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| Runway Liquidation Holdings, LLC, et al. | ) ) ) | Case No. 17-B-10466 (SCC) |
| *Debtor* | ) | |
| Runway Liquidation, LLC and David MacGreevey, in his capacity as Plan Administrator | ) ) ) ) | Chapter 11 |
| *Plaintiffs* | ) | |
| v. | ) ) | Adv. Proc. No. 17-1101 (SCC) |
| NYAM LLC | ) ) | |
| *Defendant* | ) | BC 19,0013 |

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered:

Judgment is entered against NYAM in the amount of $675,000.00 plus interest at the federal judgment rate from the date when such judgment becomes final and non-appealable, until paid in full.

Date: March 14, 2019

Vito Genna
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk

I hereby attest and certify on 6/28/19 that this document is a full, true and correct copy of the original filed on our court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY
By: _____ Deputy Clerk